# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| SHERITA A. MCGREW and KM, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:19-CV-189-JTM-JEM |
| ) | |
| SWIFT TRANSPORTATION SERVICES, ) | |
| LLC, and SWIFT TRANSPORTATION ) | |
| CO. OF ARIZONA, LLC, ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court *sua sponte*. This case was removed to this Court on May 16, 2019. Federal Rule of Civil Procedure 5.2(a) prohibits the public filing of the names of individuals known to be minors. Accordingly, the Court **DIRECTS** the Clerk of Court to **RESTRICT** to the parties and court users the following docket entries: [DE 1], [DE 2], [DE 3], [DE 4], and [DE 5].

The Court **ORDERS** each party who has filed any of the above-referenced documents to file a redacted version of each restricted document by **June 20, 2019**. Each refiled document shall use only the minor's initials, shall be filed using the "Redacted Document" event on CM/ECF, and shall link the redacted document to the corresponding previous docket entry.

SO ORDERED this 20th day of May, 2019.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:     All counsel of record